UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT M. LEMIEUX, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 23-11092-ADB |
| | * | |
| HONDA MOTOR CO. LTD., | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

BURROUGHS, D.J.

Plaintiff Lemieux has not provided a mailing address at which he may be served, but he has agreed to be served by email. [ECF No. 7]. The protocols of service by email shall be as follows:

- Because Lemieux has consented to service by email, a deputy clerk will not send notice of docket activity to Lemieux by regular mail even if Lemieux provides a mailing address.

- Excepting this order, Lemieux will also no longer receive an email from a deputy clerk informing him of docket activity. Instead, when there is docket activity in this case, the Court's Case Management/Electronic Case Files ("CM/ECF") system will send a Notice of Electronic Filing ("NEF") to the email address Lemieux provided. This NEF will include docket text. If a document was docketed as part of the docket entry, the NEF will contain a hyperlink to the document.

- Lemieux must maintain reliable access to the internet and check his email frequently.

- In the fourteen (14) days following the docketing of a document linked to an NEF, Lemieux may have one "free look" at the document through the hyperlink in the NEF. Lemieux is strongly encouraged to download the document when he avails himself of the "free look" of the document.

- Although not required, the Court strongly encourages Lemieux to obtain an account with the federal courts' Public Access to Court Electronic Records ("PACER") by visiting https://pacer.uscourts.gov. A PACER account holder may

review a public docket at any time and print/download any documents that are part of the public docket. There is a fee associated with PACER use, which fee is collected on a quarterly basis. Under current PACER policies, if a PACER user accrues $30 or less of charges in a quarter, the fees are waived for that period.

If Lemieux cannot or chooses not to comply with these protocols, he must provide an address at which he may be served by regular mail. Unless Lemieux withdraws his consent to service by email, he will receive service by email in the manner and under the conditions set forth above.

IT IS SO ORDERED.

| | |
|---|---|
| 6/28/2023 | /s/ Allison D. Burroughs |
| DATE | UNITED STATES DISTRICT JUDGE |